IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TED JOSEPH BRUNO,

　　　　Plaintiff,

　　v.

DAVID J. MAHONEY,

　　　　Defendant.

OPINION & ORDER

Case No.　18-cv-118-wmc

*Pro se* plaintiff Ted Joseph Bruno is proceeding against defendant David J. Mahoney on claims related to the conditions at the Dane County Jail.  On July 2, 2019, defendant filed a motion for summary judgment for failure to exhaust administrative remedies.  (Dkt. #19.)  The court set July 24, 2019, as plaintiff's deadline to respond to defendant's motion. That deadline has passed, and Bruno has not responded or contacted the court seeking an extension of that deadline.  His failure to respond to defendant's motion, or to take any other action indicating that he is preparing an opposition, suggests that he may have abandoned this lawsuit.  Accordingly, the court will give Bruno one more chance to respond to defendant's motion:  he now has until **September 9, 2019,** to file an opposition to defendant's motion for summary judgment.  His failure to meet this deadline will cause the court to grant defendant's motion as unopposed and dismiss this lawsuit without prejudice for failure to exhaust administrative remedies.

ORDER

IT IS ORDERED that plaintiff Ted Joseph Bruno may have until **September 9, 2019,** to file a response to defendant's motion for summary judgment.  **If Bruno does not respond by that date, the court will dismiss his claims without prejudice.**

Dated this 19th day of August, 2019.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge