IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TED JOSEPH BRUNO,

    Plaintiff,

  v.

Case No. 18-cv-118-wmc

DAVID J. MAHONEY,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case without prejudice.

| /s/ | 12/11/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |